**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COMMSCOPE TECHNOLOGIES LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSENBERGER SITE SOLUTIONS, ) <br> LLC; ROSENBERGER ASIA PACIFIC ) <br> ELECTRONIC CO., LTD.; ) <br> ROSENBERGER TECHNOLOGIES ) <br> (KUNSHAN) CO. LTD.; ) <br> ROSENBERGER TECHNOLOGIES ) <br> LLC, ) <br> ) <br> Defendants. ) | C.A. No. 20-1053-RGA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 7, 2022, true and correct copies of Plaintiff's Seventh Set of Requests for Production (No. 95-153) were caused to be served upon the following counsel of record by email:

**BY E-MAIL**
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
16th Floor
Wilmington, DE 19801

**BY E-MAIL**
Kim B. Goldberg
Jordan Fernandes
Nathaniel T. Browand
Milbank LLP
55 Hudson Yards
New York, NY 10001

**BY E-MAIL**
David I. Gindler
Y. John Lu
Milbank LLP
2029 Century Park East
33rd Floor
Los Angeles, CA 90067

| | |
|---|---|
| OF COUNSEL:<br><br>Philip P. Caspers<br>Derek Vandenburgh<br>Timothy A. Lindquist<br>Dennis C. Bremer<br>Iain A. McIntyre<br>Tara C. Norgard<br>Saukshmya Trichi<br>CARLSON, CASPERS, VANDENBURGH<br>& LINDQUIST, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, Minnesota 55402 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Valerie A. Caras (#6608)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>caras@rlf.com<br><br>*Attorneys for Plaintiff CommScope Technologies LLC* |

Dated: February 7, 2022