IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMSCOPE TECHNOLOGIES LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ROSENBERGER SITE SOLUTIONS, LLC; ROSENBERGER ASIA PACIFIC ELECTRONIC CO., LTD.; ROSENBERGER TECHNOLOGIES (KUNSHAN) CO., LTD.; ROSENBERGER TECHNOLOGIES LLC,<br><br>      Defendant. | C.A. No. 20-cv-1053-RGA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on March 9, 2022, a copy of Defendants Rosenberger Site Solutions, LLC, Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technologies (Kunshan) Co., Ltd., and Rosenberger Technologies LLC's Objections and Responses to Plaintiff's Seventh Set of Requests for Production (Nos. 95-153) and this Notice of Service were served on the following counsel of record via email by:

> Kelly E. Farnan (#4395)
> Valerie A. Caras (#6608)
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801
>
> Philip P. Caspers
> Derek Vandenburgh
> Timothy A. Lindquist
> Dennis C. Bremer
> Iain A. McIntyre
> Tara C. Norgard
> Saukshmya Trichi
> CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.
> 225 South Sixth Street, Suite 4200

1

        Minneapolis, Minnesota 55402

        Kelly Fermoyle
        Randall Kahnke
        Lauren W. Linderman
        Tyler A. Young
        FAEGRE DRINKER BIDDLE & REATH LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402

        Harmony Mappes
        FAEGRE DRINKER BIDDLE & REATH LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, IN 46204

| OF COUNSEL: | BAYARD, P.A. |
|---|---|
| Mark S. Raskin | */s/ Ronald P. Golden III* |
| Robert A. Whitman | Stephen B. Brauerman (#4952) |
| Michael DeVincenzo | Ronald P. Golden III (#6254) |
| Charles Wizenfeld | 600 N. King Street, Suite 400 |
| Andrea Pacelli | Wilmington, DE 19801 |
| Elizabeth Long | Telephone: (302) 655-5000 |
| John Petrsoric | sbrauerman@bayardlaw.com |
| KING & WOOD MALLESONS LLP | rgolden@bayardlaw.com |
| 500 5th Avenue, 50th Floor | |
| New York, New York 10110 | *Attorneys for Defendants* |
| (212) 319-4755 | |
| mark.raskin@us.kwm.com | |
| robert.whitman@us.kwm.com | |
| michael.devincenzo@us.kwm.com | |
| charles.wizenfeld@us.kwm.com | |
| john.petrsoric@us.kwm.com | |
| andrea.pacelli@us.kwm.com | |
| elizabeth.long@us.kwm.com | |

Dated: March 9, 2022