# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMSCOPE TECHNOLOGIES LLC, ) ) ) Plaintiff, ) ) v. ) ) ROSENBERGER SITE SOLUTIONS, LLC; ROSENBERGER ASIA PACIFIC ELECTRONIC CO., LTD.; ROSENGERBER TECHNOLOGIES (KUNSHAN) CO. LTD., ) ) ) ) ) ) ) Defendants. ) | C.A. No. 20-1053-JLH<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

On April 29, 2022, the Court issued an order staying this case due to litigation that is presently pending before the United States District Court for the District of New Jersey, *CommScope, Inc., et al. v. Rosenberger Technology (Kunshan) Co. Ltd., et al.*, Civ. Action No. 19-cv-15962-JXN-LDW ("New Jersey Case"). (D.I. 193.) The Court also administratively closed this matter pending further proceedings in the New Jersey Case. (D.I. 194.) On May 29, 2024, the Court ordered the parties to file a joint status report by June 5, 2024. (D.I. 200.) The parties hereby report as follows.

Beginning in September 2023, the parties in the New Jersey case have taken numerous fact depositions, both domestically and abroad. On March 12, 2024, the Court issued an order extending fact discovery to June 28, 2024, and expert discovery to November 29, 2024. Magistrate Judge Leda Dunn Wettre has set a status conference in that case for July 17, 2024. (*See* New Jersey Case, D.I. 581.)

| | |
|---|---|
| */s/ Kelly E. Farnan* | */s/ Stephen B. Brauerman* |
| Kelly E. Farnan (#4395) | Stephen B. Brauerman (#4952) |
| Richards, Layton & Finger, P.A. | Ronald P. Golden III (#6254) |
| One Rodney Square | Bayard, P.A. |
| 920 North King Street | 600 North King Street, Suite 400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 655-5000 |
| farnan@rlf.com | sbrauerman@bayardlaw.com |
| | rgolden@bayardlaw.com |
| *Attorneys for Plaintiff CommScope Technologies LLC* | *Attorneys for Defendants Rosenberger Site Solutions, LLC; Rosenberger Asia Pacific Electronic Co., Ltd.; Rosenberger Technologies (Kunshan) Co. Ltd.; Rosenberger Technologies LLC* |

Dated: June 5, 2024