# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMSCOPE TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 20-1053-JLH |
| ) | |
| v. ) | |
| ) | |
| ROSENBERGER SITE SOLUTIONS, LLC; ) | |
| ROSENBERGER ASIA PACIFIC ) | |
| ELECTRONIC CO., LTD.; ROSENBERGER ) | **JURY TRIAL DEMANDED** |
| TECHNOLOGIES (KUNSHAN) CO. LTD.; ) | |
| ROSENBERGER TECHNOLOGIES LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Saukshmya Trichi of Carlson, Caspers, Vandenburgh & Lindquist, P.A. hereby withdraws as counsel to Plaintiff CommScope Technologies LLC in the above-captioned matter. Plaintiff continues to be represented by Carlson, Caspers, Vandenburgh & Lindquist, P.A. and Richards, Layton & Finger, P.A.

| | |
|---|---|
| *OF COUNSEL:* | */s/ Kelly E. Farnan* |
| | Kelly E. Farnan (#4395) |
| Philip P. Caspers | Sara M. Metzler (#6509) |
| Derek Vandenburgh | RICHARDS LAYTON & FINGER, P.A. |
| Timothy A. Lindquist | One Rodney Square |
| Dennis C. Bremer | 920 North King Street |
| Iain A. McIntyre | Wilmington, DE 19801 |
| Tara C. Norgard | (302) 651-7700 |
| CARLSON, CASPERS, VANDENBURGH | farnan@rlf.com |
| & LINDQUIST, P.A. | metzler@rlf.com |
| 225 South Sixth Street, Suite 4200 | |
| Minneapolis, MN 55402 | *Attorneys for Plaintiff CommScope* |
| (612) 436-9600 | *Technologies LLC* |
| pcaspers@carlsoncaspers.com | |
| dvandenburgh@carlsoncaspers.com | |
| tlindquist@carlsoncaspers.com | |
| dbremer@carlsoncaspers.com | |
| imcintyre@carlsoncaspers.com | |
| tnorgard@carlsoncaspers.com | |

Dated: January 17, 2025